US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 09 2015

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 5:15CR50089-001-003 |
| ) | 21 U.S.C. § 841(a)(1) |
| v. ) | 21 U.S.C. § 846 |
| ) | |
| ANTONIO ORELLANA-PINEDA - 001 ) | |
| DANNY ORELLANA-PINEDA - 002 ) | |
| MARIO DE JESUS MONTOYA-PERLERA - 003 ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on or about an unknown date, but at least as early as November 1, 2015, and continuing to on or about December 2, 2015, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the defendants, **ANTONIO ORELLANA-PINEDA, DANNY ORELLANA-PINEDA, MARIO DE JESUS MONTOYA-PERLERA**, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury to distribute a controlled substance, namely, a mixture or substance that contained methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1), and Title 21 U.S.C. § 846.

A True Bill.

1

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

By: _____
For: Kimberly N. Davis
Assistant U. S. Attorney
Arkansas Bar No. 2000152
414 Parker Avenue
Fort Smith, AR  72901
479-783-5125
E-mail Kimberly.Davis@usdoj.gov

2